IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MEDALLIA INC., <br><br> Plaintiff, <br><br> v. <br><br> CONTENT SQUARE SAS, <br><br> Defendant. | Case No. 6:21-cv-00532-ADA |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Medallia Inc. ("Plaintiff") and Defendant Content Square SAS ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.

The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Entered this 9th day of February, 2023.

_____
Honorable Alan D Albright
United States District Judge